IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY GAIL WORDEN,<br><br>Defendant. | CR 25–26–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 54.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Kimberly Gail Worden is charged with one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349 (Count 1), six counts of bank fraud, in violation of 18 U.S.C. §§ 1344, 2 (Counts 2–7), and six counts of aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2 (Counts 8–13). (Doc. 2.) Judge DeSoto recommends that this Court accept Worden's guilty plea as to

Counts 4 and 10[1] after she appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 54) is ADOPTED in full.

IT IS FURTHER ORDERED that Worden's motion to change plea (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that Kimberly Gail Worden is adjudged guilty as charged in Counts 4 and 10 of the Indictment.

DATED this 18th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

---

[1] Due to a scrivener's error, Count 10 is omitted from the F&R's recommendation. However, having read the plea agreement, the F&R, and the change of plea hearing minute entry, the Court finds that Worden also entered a guilty plea as to Count 10.